IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; | ) | |
| DEL SOUND MUSIC; | ) | |
| MJ PUBLISHING TRUST, d/b/a | ) | |
| MIJAC MUSIC; | ) | |
| RIO BRAVO MUSIC, INC.; | ) | |
| SONY/ATV SONGS LLC, d/b/a | ) | |
| SONY/ATV TREE PUBLISHING; | ) | |
| BIG YELLOW DOG, LLC d/b/a | ) | |
| BIG YELLOW DOG MUSIC; | ) | |
| TOKECO TUNES; | ) | 8:17CV70 |
| WARNER-TAMERLANE | ) | |
| PUBLISHING CORP.; | ) | ORDER TO |
| EMI BLACKWOOD MUSIC, INC.; | ) | SHOW CAUSE |
| OLE MEDIA MANAGEMENT, LP; | ) | |
| D/B/A BIG BORASSA MUSIC; and | ) | |
| INDIANA ANGEL MUSIC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HILBURN ENTERPRISES, INC. | ) | |
| d/b/a BOURBON JACK'S | ) | |
| HONKYTONK BAR; and JACK | ) | |
| HILBURN a/k/a JACKIE H. | ) | |
| HILBURN, INDIVIDUALLY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court after a review of the court file and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiffs filed the instant Complaint on March 6, 2017. (Filing No. 1). On March 16, 2017, Plaintiffs filed notices of serving the above-named defendants on March 12, 2017. (Filing Nos. 18 and 19). Plaintiffs filed an Amended Complaint against the same

1

above-named defendants on March 22, 2017. ([Filing No. 30](#)). To date, no defendant has filed any responsive pleading and Plaintiffs have taken no other action against the defendants. It remains Plaintiffs' duty to go forward in prosecuting this case. Under the circumstances, Plaintiffs must make a showing of good cause for failure to prosecute the case or this action may be dismissed. Accordingly,

**IT IS ORDERED**:

Plaintiffs have until May 26, 2017, to show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

**DATED:** May 8, 2017.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**