IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC.; DEL SOUND MUSIC; MJ PUBLISHING TRUST, d/b/a MIJAC MUSIC; RIO BRAVO MUSIC, INC.; SONY/ATV SONGS LLC, d/b/a SONY/ATV TREE PUBLISHING; BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG MUSIC; TOKECO TUNES; WARNER-TAMERLANE PUBLISHING CORP.; EMI BLACKWOOD MUSIC, INC.; OLE MEDIA MANAGEMENT, LP; D/B/A BIG BORASSA MUSIC; and INDIANA ANGEL MUSIC; <br><br> Plaintiffs, <br><br> vs. <br><br> HILBURN ENTERPRISES, INC. d/b/a BOURBON JACK'S HONKYTONK BAR; and JACK HILBURN a/k/a JACKIE H. HILBURN, individually; <br><br> Defendants. | 8:17CV70 <br><br> ORDER |

This matter comes before the Court after a review of the court file. On May 8, 2017, Magistrate Judge F.A. Gossett issued an Order directing Plaintiffs to show cause why the case should not be dismissed for failure to prosecute because the record reflected that Defendants were served and did not timely file a responsive pleading. ([Filing No. 32](#)). In response to the show cause order, on May 22, 2017, Plaintiffs filed a Motion for Clerk's Entry of Default ([Filing No. 33](#)) and stated they would "be proceeding to seek a default judgment in this case." ([Filing No. 34](#)). On May 25, 2017, Clerk's Entry of Default was entered against Defendants. ([Filing No. 35](#)). Since that date, Plaintiffs have not sought a default judgment against Defendants and no activity has taken place in this case and. Accordingly,

**IT IS ORDERED:** Plaintiffs shall file a report not later than **July 24, 2017**, advising the Court of the status of this case.

Dated this 10th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge